United States Courts
Southern District of Texas
FILED

DEC 3 0 2009

Clerk of Court

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 00-35026** |
| **NORTIS ENERGY TEXAS, LLC** | § | |
| | § | **Motion to Pay Funds Into The** |
| | § | **Registry Under 11 U.S.C. §374(A)** |
| Debtor(s) | § | |

The undersigned Trustee reports:

\_\_\_   The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is (are) in an amount less than the amount specified in Bankruptcy Rule 3010.

_x_   More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347(a), the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 or Title 28 (28 U.S.C. 2041, et seq.)

Dated: December 30, 2009

Charles Gebhardt
Chapter 7 Bankruptcy Trustee

CERTIFICATE OF SERVICE ON THE UNITED STATES TRUSTEE

TX-10
(Rev'd 10/96)

## EXHIBIT "A"

PLEASE CHECK ONE:

_____        Small Dividends

___x___        Unclaimed Dividends

| Name and Address | Claim No. | Amount |
|---|---|---|
| R K Ford Associates<br>201 W. Wall, Suite 600<br>Midland, Tx 79701 | 1 | $ 5,367.02 |
| Star Tool Company, Inc.<br>P.O. Box 2008<br>Hobbs, NM 88241 | 18 | $ 8,949.19 |
| Kay Energy Services, Inc.<br>P.O. Box 266000, Dept. 104<br>Dallas, Tx 75326 | 6 | $ 6,695.16 |
| L.R. Well Services, Inc.<br>P.O. Box 1457<br>Artesia, NM 88211 | 13 | $ 3,697.79 |
| Norton Drilling Co.<br>5211 Brownfied  Hwy, Suite 230<br>Lubbock Tx 79407 | 16 | $ 24,556.43 |
| Drilling Completion Consultants<br>P.O. Box 781953<br>San Antonio, Tx 78278 | 8 | $ 4,998.54 |