

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

ENTERED
04/02/2010

IN RE: §
                 §
Nortis Energy Texas LLC §
                 §   BANKRUPTCY CASE NUMBER
          (Debtor), §              00-35026
                 §
                 §              #169

### ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Drilling Completion Consultants, in the amount of $4,998.54, was not charged against the bank account of the debtor, within the 90 day limit and an unclaimed money report was entered on January 6, 2010 to close the account and transfer the monies into the Registry of the Clerk, U.S. Bankruptcy Court, and

It further appearing that Drilling & Completion Consultants, Inc. c/o Dilks & Knopik, LLC is now claiming the above monies in the petition attached hereto,

It is ORDERED that the Clerk of the U.S. Bankruptcy Court pay said sum of $4,998.54 to Dilks & Knopik, LLC and Drilling & Completion Consultants, Inc. at the following address:

P.O. Box 2728,
Issaquah, WA  98027-0125

Dated: APR 0 1 2010

_____
UNITED STATES BANKRUPTCY JUDGE

Unclaimed.fds
06/23/98

Unclaimed Funds Distribution Order Checklist

00-35026-H5-7
Reviewed by: ag
Date: 03/29/2010

| Yes | No | | |
|---|---|---|---|
| ☒ | ☐ | 1. | Applicant **Drilling & Completion Consultants** is the original claimant. |
| ☒ | ☐ | 2. | Applicant's signature is notarized. |
| ☒ | ☐ | 3. | Amount being requested is identical to the amount on deposit on behalf of original claimant (if no, explain) |
| ☒ | ☐ | 4. | Certificate of Service on U.S. Attorney and U.S. Trustee. |
| ☒ | ☐ | 5. | Proposed Order for Payment of Unclaimed Funds. |

**Individual Claimant (without representation):**

| | | | |
|---|---|---|---|
| ☐ | ☐ | a. | Current photo identification issued by a government agency (copy of current driver's license or passport for each claimant). |
| ☐ | ☐ | b. | Include legible copies of supporting documents establishing the address of record at time of the other utility bill. |
| ☐ | ☐ | c. | If claiming on behalf of a deceased party, please include a copy of: |
| ☐ | ☐ | | 1. A death certificate; |
| ☐ | ☐ | | 2. Appropriate probate documents which substantiate applicants right to act on behalf of decedent's estate. |

**Active Corporation:**

| | | | |
|---|---|---|---|
| ☐ | ☐ | a. | Current franchise tax corporate status in state of incorporation; |
| ☐ | ☐ | b. | A current list of officers and directors; |
| ☐ | ☐ | c. | Copy of Articles of Incorporation, Article of Merger or Successor Corporation, etc.; |
| ☐ | ☐ | d. | An imprint of the corporate seal; |
| ☐ | ☐ | e. | Business card reflecting claimants' name, officer or representative's name and title attached to company letterhead stationery; |
| ☐ | ☐ | f. | A photocopy of representative's identification credentials. |

**Inactive Corporation:**

| | | | |
|---|---|---|---|
| ☐ | ☐ | a. | Current franchise tax corporate status in state of incorporation; |
| ☐ | ☐ | b. | A final list of officers and directors; |
| ☐ | ☐ | c. | Copy of Articles of Incorporation, Articles of Merger or Successor Corporation, etc.; |
| ☐ | ☐ | d. | Articles of Dissolution; |
| ☐ | ☐ | e. | Date and list of final distribution of assets. |

**Sole Proprietorship:**

| | | | |
|---|---|---|---|
| ☐ | ☐ | a. | Documents substantiating the identity of the sole proprietor and the name under which the business was conducted; |
| ☐ | ☐ | b. | Documents showing business address at the time of the bankruptcy case (copy of invoice, a sales tax permit, business license). |

**Partnership:**

| | | | |
|---|---|---|---|
| ☐ | ☐ | | Written documentation from all partners authorizing the representative to claim the funds on their behalf. |

**Claimant Represented by Funds Locator:**

| | | | |
|---|---|---|---|
| ☒ | ☐ | a. | An original power of attorney with notarized signature; |
| ☒ | ☐ | b. | Specific claimant entity requirements as previously described. |

| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States Courts
Southern District of Texas
FILED

MAR 2 2 2010

Clerk of Court

IN RE:  §
  §
Nortis Energy Texas LLC  §
  §  BANKRUPTCY CASE NUMBER
(Debtor),  §  00-35026
  §
  §

## PETITION FOR UNCLAIMED FUNDS

Dilks & Knopik, LLC, Attorney-in-Fact for Drilling & Completion Consultants, Inc. hereby petitions the Court for $4,998.54 being held in the Registry of the Clerk, U.S. Bankruptcy Court as unclaimed funds for Drilling Completion Consultants, creditor.

**IF APPLICANT IS A FUNDS LOCATOR**, this application includes a Power of Attorney authorizing the undersigned, <u>Dilks & Knopik, LLC</u>, Attorney in Fact, to petition the Court on behalf of the claimant for the release of these funds.

The creditor did not receive the dividend check in the above case for the following reasons:

The original dividend check was mailed to Drilling Completion Consultants, Inc. at PO Box 781953, San Antonio, TX 78278. That address is no longer valid. The change of address may have prevented delivery of the original dividend check. Exhibit A is evidence that Drilling Completion Consultants used that address. Exhibits A & B are evidence that Don Lindsey is the President of Drilling Completion Consultants.

The creditor(s) current/correct mailing address is:

> Drilling & Completion Consultants, Inc.
> Don Lindsey, President
> 78 Bass Lane
> Lumberton, MS 39455
> Phone No.  601-796-4014

Unclaimed.fds
06/23/98

Dated: **March 16, 2010**

_(signature)_
Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
PO Box 2728, Issaquah, WA 98027
(425)-836-5728

On __3\16\10__ before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

SEAL   _(notary seal: Caryn M Dilks, Notary Public, State of Washington, 7/29/2010)_

_(signature)_
Caryn M. Dilks, Notary Public
My commission expires: July 29, 2010
Notary in and for the State of Washington

Unclaimed.fds
06/23/98

## CERTIFICATE OF SERVICE OF APPLICATION
## ON U.S. ATTORNEY & U.S. TRUSTEE

Notice is hereby given that on March 16, 2010 a <u>copy</u> of the Application for Release of Unclaimed Funds was served on the U.S. Attorney and U.S. Trustee for the Southern District of Texas by U.S. Mail at the following addresses:

>U.S. Attorneys Office
>P.O. Box 61129
>Houston, TX 77208

>U.S. Trustees Office
>515 Rusk Ave., Ste. 3516
>Houston, TX 77002

>Charles E. Gebhardt
>Case Trustee
>5701 Woodway, Ste. #320
>Houston, TX 77057

Dated: March 16, 2010

Brian J. Dilks
Dilks & Knopik, LLC
Attorney in Fact for
Drilling & Completion Consultants, Inc.

**Unclaimed.fds**
**06/23/98**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

RE: Nortis Energy Texas LLC )  Case: 00-35026
)
)  **AUTHORITY TO ACT**
)  **Limited Power of Attorney**
)  **Limited to one Transaction**
Debtor(s) )

### USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Drilling & Completion Consultants, Inc.** with a tax identification number of 74-2629317, ("CLIENT"), appoints Dilks & Knopik, LLC ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of $4,998.54 (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_____        March 11, 2010
Don Lindsey - President                                Date

GENE JOHNSON            DON LINDSEY
(210) 649-3646              (601) 796-4014
                                     Cell (601) 466-6125

**DRILLING & COMPLETION CONSULTANTS**
Engineering, Design & Operation

Email: donlindsey1@msn.com
Office: (601) 796-4014
78 Bass Lane    Lumberton, MS 39455

Affix Corporate Seal Below
Or if Corporate Seal Unavailable Sign Affidavit Below:

*AFFIDAVIT IF CORPORATE SEAL IS UNAVAILABLE*
BE IT ACKNOWLEDGED, that the undersigned hereby says under oath that the corporate seal for **Drilling & Completion Consultants, Inc.** is presently unavailable to the undersigned
BY: _____
Signature and title

### ACKNOWLEDGMENT

STATE OF Mississippi )
COUNTY OF Lamar )

On this 11th day of March, 2010, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) Don Lindsey known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.
WITNESS my hand and official seal.

NOTARY PUBLIC Ruthalyn Hester
Residing at 406 W. Hinton, Lumberton, MS 39455
My Commission expires 5/27/13

05-102
(Rev 9-99/18)
a T Code ■                                   3333
b ■

## Texas Franchise Tax
## Public Information Report

*Must be filed with your Corporation Franchise Tax Report*

Do not write in the space above

| c Taxpayer identification number | d Report year |
|---|---|
| ■ 30115769611 | ■ 2002 |

Corporation name and address

Drilling & Completion Consultants, Inc.
P.O. Box 781953
San Antonio, TX 78278-1953

e PIR / IND ■    1, 2, 3, 4

Secretary of State file number or, if none, Comptroller unchartered number

Item k on Franchise Tax Report form, page 1     g ■  0122589766

The following information *must* be provided for the Secretary of State (SOS) by each corporation that files a Texas Corporation Franchise Tax Report. The information will be available for public inspection.

'Section A' must be complete and accurate.
If preprinted information is not correct, please type or print the correct information.

**Please sign below!**

☐ Check here if there are currently no changes to the information preprinted in Sections A, B, and C of this report.

**Corporation's Principal Office**
P.O. Box 781953, San Antonio, TX 78278-1953

**Principal Place of Business**
P.O. Box 781953, San Antonio, TX 78278-1953

**Section A**  Name, title and mailing address of each officer and director. Use additional sheets, if necessary.

| Name | Title | Director | Social Security Number (optional) |
|---|---|---|---|
| Donald B. Lindsey | Pres | X Yes | ████████ |

Mailing Address: 3903 Forest Island   San Antonio   TX  78230
Expiration Date (mm-dd-yyyy)

| Name | Title | Director | Social Security Number (optional) |
|---|---|---|---|
| Gerald E. Johnson | V/P | X Yes | ████████ |

Mailing Address: 140 Ridge Trail   San Antonio   TX  78232
Expiration Date (mm-dd-yyyy)

**Section B**  List each corporation in which this reporting corporation owns an interest of ten percent (10%) or more. Enter the information requested for each corporation. If none, enter 'None.' Use additional sheets if necessary

| Name of Owned (subsidiary) Corporation | State of Incorporation | Texas SOS File Number | Percentage Interest |
|---|---|---|---|
| NONE | | | |

**Section C**  List each corporation that owns an interest of ten percent (10%) or more in this reporting corporation. Enter the information requested for each corporation. If none, enter 'None.' Use additional sheets, if necessary.

| Name of Owning (parent) Corporation | State of Incorporation | Texas SOS File Number | Percentage Interest |
|---|---|---|---|
| NONE | | | |

Registered Agent and Registered Office Currently on File. (Changes must be filed separately with the Secretary of State.)

Agent: G. E. Johnson
Office: P.O. Box 8153
        San Antonio         TX  78208

☐ Check here if you need forms to change this information.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief and that a copy of this report has been mailed to each person named in this report who is an officer or director and who is not currently employed by this corporation or a related corporation.

sign here ▶  [signature]   Title: PRESIDENT   Date: 1/31/02   Daytime Phone: 210-492-6708

Exhibit A
Page 1 of 1

00001035905

| 05-102 (1-08/28) | **TEXAS FRANCHISE TAX PUBLIC INFORMATION REPORT** |
|---|---|
| ■ Tcode 13196 | (To be filed by Corporations or Limited Liability Companies (LLCS)) This report MUST be filed to satisfy franchise tax requirements |

■ Taxpayer number: 30115769611
■ Report year: 2008

You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at: (512) 463-4600, or (800) 252-1381, toll free nationwide.

Taxpayer name: Drilling & Completion Consultants, Inc.
Mailing address: 78 Bass Lane
City: Lumberton
State: MS
ZIP Code: 39455

Secretary of State file number or Comptroller file number: 012258976

☐ Check box if there are currently no changes or additions to the information displayed in Section A of this report. Then complete Sections B and C.

Entity's principal office: 78 Bass Lane, Lumberton, MS 39455
Principal place of business: 78 Bass Lane, Lumberton, MS 39455

Please sign below! Officer, director, and member information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or members change throughout the year.

**SECTION A.** Name, title, and mailing address of each officer, director, or member.

3011576961108

| Name | Title | Director | Term expiration | State | ZIP Code |
|---|---|---|---|---|---|
| Donald B. Lindsey | Pres | ☒ Yes | | | |
| Mailing address: 78 Bass Lane | City: Lumberton | | | MS | 39455 |
| BARbARA H. LiNdsey | Vice-Pres. + Sec-Treasurer | ☐ Yes | | MS | 39455 |
| Mailing address: 78 BASS LANe. | City: Lumberton | | | | |
| | | ☐ Yes | | | |

**SECTION B.** Enter the information required for each corporation or LLC, if any, in which this reporting entity owns an interest of ten percent (10%) or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|
| NONE | | | |
| | | | |

**SECTION C.** Enter the information required for each corporation or LLC, if any, that owns an interest of ten percent (10%) or more in this reporting entity.

| Name of owning (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage Ownership |
|---|---|---|---|
| NONE | | | |

Registered agent and registered office currently on file. (See instructions if you need to make changes.)
Agent:
Office:

☐ Check box if you need forms to change the registered agent or registered office information.

The above information is required by Section 171.203 of Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or member and who is not currently employed by this, or a related, corporation or limited liability company.

sign here ▶ [signature] Title: President   Date: 5/7/08   Area code and phone number: 601-796-4014

Texas Comptroller Official Use Only

| VE/DE | ○ | PIR IND | ○ |

Exhibit __B__
Page __1__ of __1__

1032