

ENTERED
04/19/2010

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

In Re:  
    Nortis Energy Texas LLC

Case No. 00-35026

#172

Debtor(s).

### Order for Payment of Unclaimed Funds

Upon the application of R. K. Ford & Associates, seeking payment of $ 5,367.02 representing funds previously unclaimed by

    R. K. Ford & Associates  
    415 West Wall Street  
    Midland TX 79701-4433

a creditor or debtor in the above-entitled case, and it appearing from the application and

supporting documentation that R. K. Ford & Associates is entitled to

the unclaimed funds, it is

    Ordered that the Clerk pay $ 5,367.02 to:

    R. K. Ford & Associates  
    c/o American Property Locators, Inc.  
    3855 S. Boulevard, Suite 200  
    Edmond, OK 73013

Signed this ___ day APR 1 9 2010 ___, ___.

United States Bankruptcy Judge